OFFICE OF
APPELLATE COURTS

JUL 2 0 2015

FILED

STATE OF MINNESOTA

IN SUPREME COURT

A14-0750

State of Minnesota,

Respondent,

vs.

Martin David Hutchins, Jr.,

Appellant.

ORDER

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the order of this court filed December 30, 2014, granting review of the October 20, 2014, decision of the Court of Appeals be, and the same is, vacated and the appeal is dismissed.

Dated: July 20, 2015

BY THE COURT:

Lorie S. Gildea
Chief Justice